Charles Boeker, Conservator of Estate of Jerome Boeker, an Incompetent and Distracted Person, Plaintiff-Appellee, v. Marilyn Grigg, Formerly Marilyn Welker, Defendant-Appellant.

Term No. 56–F–2.

Fourth District.

May 5, 1956.

Rehearing denied October 25, 1956.

Released for publication October 26, 1956.

Raemer & Horn, and Robert M. Washburn, for defendant-appellant; Raymond O. Horn, of counsel; Wham & Wham, and Maurice B. Johnston, for plaintiff-appellee; James B. Wham, of counsel. Opinion by PRESIDING JUSTICE BARDENS. Not to be published in full.